# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYLA SANDERS, an individual, | Case No.: 2:25-cv-01751-WBS-CSK |
| Plaintiff, | *Magistrate Judge: Hon. Chi Soo Kim*<br>*District Judge: Hon. William B. Shubb* |
| vs. | **ORDER OF DISMISSAL** |
| NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive, | |
| Defendant, | |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  June 10, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1
ORDER OF DISMISSAL